Kirk J. Anderson (SBN 289043)
kanderson@budolaw.com
Budo Law PC
5610 Ward Road, Suite 300
Arvada, CO 80002
Telephone: (720) 225-9440
Facsimile: (720) 225-9331

*Attorney for Plaintiff*
*Cedar Lane Technologies, Inc.*

Jeffrey E. Danley (SBN 238316)
JeffD@seedip.com
Seed IP Law Group PLLC
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Facsimile: (206) 682-6031

*Attorneys for Defendant*
*Blackmagic Design, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

CEDAR LANE TECHNOLOGIES, INC.,

*Plaintiff*,

v.

BLACKMAGIC DESIGN, INC.,

*Defendant*.

Case No. 3:20-cv-01302-VC-SVK

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

**JOINT STIPULATION**

1. The parties request a continuance of the Case Management Conference currently set for July 22, 2020.

2. Defendant has agreed to this request.

3. In accordance with Local Rule 6-2, a declaration in support of this stipulation, including information about any prior extensions, and the

1

justification for this request, is provided below.

4. A proposed order in the form of an endorsement of this stipulation, in accordance with Local Rule 7-12, is provided below.

NOW, THEREFORE, IT IS STIPULATED BY AND AMOUNG THE PARTIES pursuant to Civil Local Rule 6-2 that the Case Management Conference will be continued to September 8, 2020.

Dated:  July 15, 2020                                     Respectfully submitted,

By: */s/* Kirk J. Anderson
Kirk J. Anderson (SBN 289043)
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)
kanderson@budolaw.com

Isaac Rabicoff
(*Pro hac vice* admission to be filed)
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Cedar Lane Technologies Inc.**

By: */s/* Jeffrey E. Danley
Jeffrey E. Danley (SBN 238316)
Seed IP Law Group PLLC
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
(206) 622-4900 (Phone)
(206) 682-6031 (Fax)
JeffD@seedip.com

## Local Rule 5-1(i)(3) Attestation

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained for the other signatories in this e-filed document.

*/s/* Kirk J. Anderson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 15, 2020.

*/s/* Kirk J. Anderson