UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR LANE TECHNOLOGIES INC.,<br><br>Plaintiff,<br><br>v.<br><br>BLACKMAGIC DESIGN INC.,<br><br>Defendant. | Case No. 20-cv-01302-VC<br><br>**ORDER RE MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

The motion to dismiss the original complaint is denied as moot. The second amended complaint is the operative complaint. The defendant must file its motion to dismiss and any other responsive pleadings separately on the docket.

The initial case management conference set for July 22, 2020 is continued to September 30, 2020 at 10:00 a.m. via Zoom. A joint case management statement is due September 23, 2020.

**IT IS SO ORDERED.**

Dated: July 18, 2020

_____
VINCE CHHABRIA
United States District Judge