IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDAR LANE TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BLACKMAGIC DESIGN, INC.,<br><br>    Defendant. | Case No. 3:20-cv-01302-VC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT |

  For good cause appearing, the Court grants the parties' stipulated motion to modify the briefing and hearing schedule related to Defendant's Motion to Dismiss or in the Alternative to Strike Plaintiff's Indirect Infringement Claims in the Second Amended Complaint. The briefing and hearing schedule shall be modified as follows:

- Plaintiff's Opposition Brief due September 2, 2020;
- Defendant's Reply Brief due September 16, 2020;
- A Continuance of the hearing date from September 10, 2020 to October 1, 2020.

It is so ORDERED.

Dated: __July 28__, 2020.

                                     _____
                                     HON. VINCE CHHABRIA
                                     United States District Judge