UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR LANE TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> BLACKMAGIC DESIGN INC., <br><br> Defendant. | Case No.  20-cv-01302-VC <br><br> **ORDER GRANTING MOTION TO DISMISS AND MOTION TO STRIKE; ORDER TO SHOW CAUSE** <br><br> Re: Dkt. Nos. 30, 39 |

     For the reasons stated on the record, Blackmagic Design's motion to strike the Third Amended Complaint is granted. *See* Fed. R. Civ. P. 15. Also for the reasons stated on the record, Blackmagic Design's motion to dismiss the induced infringement claims and contributory infringement claims in the Second Amended Complaint is granted. *See Uniloc USA, Inc. v. Apple Inc.*, 2018 WL 2047553, at *4-5 (N.D. Cal. May 2, 2018). These claims are dismissed with prejudice.

     Within 14 days of this order, Cedar Lane Technologies is ordered to show cause as to why this case should not be dismissed for failure to prosecute, and why counsel for Cedar Lane should not be sanctioned for their repeated failure to comply with Rule 15 and their misrepresentations regarding the language of Rule 15 in their submissions to the Court. Blackmagic can respond to Cedar Lane's submission within 7 days of its filing.

     A hearing on the order to show cause will be held on Thursday, November 12 at 10 a.m. via zoom.

     **IT IS SO ORDERED.**

Dated: October 1, 2020

_____

VINCE CHHABRIA
United States District Judge