UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR LANE TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> BLACKMAGIC DESIGN INC., <br><br> Defendant. | Case No. 20-cv-01302-VC <br><br> **ORDER CLARIFYING ORDER TO SHOW CAUSE** <br><br> Re: Dkt. No. 47 |

To be clear, yesterday's order to show cause at Dkt. No. 47 applies to both Kirk Anderson, who is listed on the docket as the plaintiff's attorney, and Isaac Rabicoff, who is listed on the briefs as "of counsel." Although one response to the order to show cause may be filed on behalf of the plaintiff, each lawyer must file separate responses on their own behalf as well.

The case management conference currently scheduled for October 13 is rescheduled to occur at the same time as the hearing on the order to show cause, on Thursday, November 12 at 10 a.m. via zoom.

**IT IS SO ORDERED.**

Dated: October 5, 2020

_____
VINCE CHHABRIA
United States District Judge