Kirk. J. Anderson (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDAR LANE TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> BLACKMAGIC DESIGN INC., <br><br> Defendant. | C.A. No.: 3:20-cv-01302-VC <br><br> TRIAL BY JURY DEMANDED |

**DECLARATION OF KIRK J. ANDERSON IN SUPPORT OF PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER**

I, Kirk J. Anderson, declare as follows:

    1.    I am an attorney licensed in the state of California (SBN 289043) and represent Plaintiff Cedar Lane Technologies, Inc. as local counsel in this case. I make this declaration in support of Plaintiff Cedar Lane Technologies. Inc.'s Response to the Court's Show Cause Order (Dkt. No. 47). I have personal

1

knowledge of the information contained in this declaration and can testify to the truth of these statements.

2. I am the founder of a small firm established in 2019 and have acted as local counsel in a variety of cases, including for Mr. Rabicoff. In the time I have worked with Mr. Rabicoff, I have known him to be a conscientious attorney and client advocate.

**OCTOBER 1, 2020 HEARING**

3. I am aware that on September 29, 2020, the Court scheduled a hearing for October 1, 2020 (Dkt. No. 46) to address Defendant's Motion to Dismiss or in the Alternative, Strike Plaintiff's Indirect Infringement Claims in the Second Amended Complaint (Dkt. No. 48).

4. As local counsel, it was my understanding that Mr. Rabicoff would be representing Plaintiff's interests at the October 1 hearing.

5. Following the October 1 hearing, Mr. Rabicoff and I conferred regarding his attempt to join the hearing and reliance on the Court's website in lieu of the Court's order.

6. In hindsight, I regret not confirming that Mr. Rabicoff was aware of the need to email the Court in advance of the hearing. Additionally, especially given the severity of the issues at stake, I regret not attending the hearing along with Mr. Rabicoff in order to ensure that Plaintiff's counsel was present and to answer questions the Court may have had for my firm in particular.

**PLAINTIFF'S REQUESTS TO AMEND THE PLEADINGS**

7. Plaintiff filed multiple amended complaints in this case. My firm filed these amendments in good faith at the request of Mr. Rabicoff. Additionally, it is my belief that Mr. Rabicoff's intention in filing the amended complaints was

a good faith effort to resolve disputed issues, including by removing contributory infringement.

8. However, I am aware that Rule 15 allows for a party to amend its pleadings once as a matter of course after a responsive filing (here a motion to dismiss) is filed. I regret my mistake of not verifying with Mr. Rabicoff whether he had leave of the Court and/or counsel for Defendant to file additional amended complaints. Additionally, I regret not performing adequate review of Mr. Rabicoff's papers before filing. As local counsel, I recognize my duty to assure that filings adequately vetted.

9. I deeply regret any inconvenience to the Court, parties, and counsel for defendant. The Court's Order to Show Cause is a firm reminder of the importance of diligent representation, either as lead or local counsel, which I will remember and adhere to with increased diligence going forward.

I declare on October 14, 2020 in Jefferson County, Colorado and under penalty of perjury that the statements made in this declaration are true and correct.

/s/ *Kirk Anderson*
Kirk. J. Anderson

3
**DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE TO SHOW CAUSE**