UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR LANE TECHNOLOGIES INC., <br><br>   Plaintiff, <br><br> v. <br><br> BLACKMAGIC DESIGN INC., <br><br>   Defendant. | Case No. 20-cv-01302-VC <br><br> **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Re: Dkt. No. 52 |

The Court will address the proposed order to dismiss the case with prejudice at the hearing on the order to show cause.

**IT IS SO ORDERED.**

Dated: October 21, 2020

VINCE CHHABRIA
United States District Judge