UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR LANE TECHNOLOGIES INC., <br> Plaintiff, <br> v. <br> BLACKMAGIC DESIGN INC., <br> Defendant. | Case No. 20-cv-01302-VC <br><br> **ORDER RE OSC HEARING** |

By Monday, November 9, 2021, counsel Isaac Rabicoff is ordered to file a declaration, under penalty of perjury, listing all cases in which he has participated in the past five years in the Northern District of California. This includes any case where Rabicoff's name has appeared on papers filed with the Court, regardless of what role he had and regardless how he was listed (for example, "of counsel," "pro hac vice," "counsel of record," etc.). The list should contain the following information: (1) case name; (2) case number; (3) filing date; (4) name of judge assigned to the case; (5) type of case (for example, "patent," "trademark," etc.); (6) result of case; (7) date of disposition; (8) capacity in which Rabicoff participated; (9) whether Rabicoff sought admission pro hac vice; and (10) whether Rabicoff paid the fee for admission pro hac vice.

**IT IS SO ORDERED.**

Dated: November 3, 2020

VINCE CHHABRIA
United States District Judge