Kirk. J. Anderson (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

Isaac Rabicoff
(*Pro hac vice* admission pending)
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com

**Attorneys for Plaintiff**
**Cedar Lane Technologies Inc.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **Cedar Lane Technologies Inc.**, <br><br> Plaintiff, <br><br> v. <br><br> **Blackmagic Design Inc.**, <br><br> Defendant. | Case No. 3:20-cv-01302-VC <br><br> Patent Case <br><br> **PLAINTIFF'S RESPONSE TO NOVEMBER 12, 2020 OSC ORDER AND MOTION FOR LEAVE TO SUPPLEMENT ORIGINAL DECLARATION** |

1

This Court entered an order on November 12, 2020, requesting that Plaintiff's counsel Isaac Rabicoff submit an updated appearance chart listing the local counsel that appeared in each case. This updated chart is provided as an attachment to the Rabicoff Declaration, which confirms its accuracy, and is collectively attached hereto as Exhibit A.

Additionally, Plaintiff's counsel Isaac Rabicoff respectfully moves this Court for leave to supplement his Original Declaration, in light of issues raised with respect to his attempted attendance of the October 1 Motion hearing. Connecting to this Court's zoom hearing on November 12 provided helpful context regarding this attempted attendance of the October 1 Motion Hearing. The proposed supplemental declaration is attached hereto as Exhibit B.

Dated: November 13, 2020          Respectfully submitted,

                                  /S/ KIRK J. ANDERSON
Isaac Rabicoff                    KIRK. J. ANDERSON (SBN 289043)
(*Pro hac vice* admission pending) KANDERSON@BUDOLAW.COM
RABICOFF LAW LLC                  BUDO LAW P.C.
73 W Monroe St                    5610 WARD RD., SUITE #300
Chicago, IL 60603                 ARVADA, CO 80002
773-669-4590                      (720) 225-9440 (PHONE)
isaac@rabilaw.com                 (720) 225-9331 (FAX)

                                  **Counsel for Plaintiff**
                                  **Cedar Lane Technologies Inc.**

2

RESPONSE TO COURT'S NOVEMBER 12, 2020 ORDER

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on November 13, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/Kirk J. Anderson*
Kirk J. Anderson

RESPONSE TO COURT'S NOVEMBER 12, 2020 ORDER