| (1) Case Name | (2) Case Number | (3) Filing Date | (4) Assigned Judge | (5) Type of Case |
|---|---|---|---|---|
| Ortiz & Associates Consulting, LLC v. HP Inc. | 3-18-cv-04032 | 7/5/2018 | Jacqueline Scott Corley | patent |
| Secure Cam, LLC v. Genexus, LLC | 3-18-cv-06454 | 10/22/2018 | William H. Alsup | patent |
| Sockeye Licensing TX LLC v. Fujitsu America, Inc. | 3-18-cv-07492 | 12/13/2018 | James Donato | patent |
| Mentone Solutions LLC v. ASUS Computer International, Inc. | 4-18-cv-07749 | 12/27/2018 | Haywood S Gilliam, Jr. | patent |
| Pinek IP LLC v. Sercomm USA Inc. | 4-19-cv-01133 | 2/28/2019 | Jeffrey S. White | patent |
| Pebble Tide LLC v. Logitech Inc. | 3-19-cv-02287 | 4/26/2019 | Susan Illston | patent |
| Secure Cam, LLC v. DJI Technology, Inc. | 5-19-cv-02640 | 5/15/2019 | Lucy H. Koh | patent |
| Rondevoo Technologies, LLC v. Logitech Inc. | 5-19-cv-02641 | 5/15/2019 | Susan van Keulen | patent |
| Jezign Licensing, LLC v. Electric Styles LLC | 5-19-cv-02775 | 5/21/2019 | Nathanael M. Cousins | patent |
| Pebble Tide LLC v. August Home, Inc. | 3-19-cv-02987 | 5/30/2019 | Susan Illston | patent |
| OHVA, Inc. v. Eventbrite, Inc. | 3-19-cv-03342 | 6/12/2019 | Susan Illston | patent |
| Secure Cam, LLC v. Dahua Technology USA Inc. | 3-19-cv-03433 | 6/17/2019 | Susan Illston | patent |
| Secure Cam, LLC v. Surveon Corporation | 3-19-cv-03545 | 6/19/2019 | Susan Illston | patent |
| Cedar Lane Technologies Inc. v. PicsArt, Inc. | 3-19-cv-03925 | 7/8/2019 | James Donato | patent |
| Optima Direct, LLC v. Anker Technology Corporation | 3-19-cv-04041 | 7/15/2019 | William H. Alsup | patent |
| Optima Direct, LLC v. ASUS Computer International, Inc. | 3-19-cv-04045 | 7/15/2019 | William H. Alsup | patent |
| Optima Direct, LLC v. No NDA Inc. | 3-19-cv-04048 | 7/15/2019 | William H. Alsup | patent |
| Tellagemini Communication LLC v. Fusion Cloud Company LLC | 3-19-cv-04091 | 7/17/2019 | William H. Orrick | patent |
| Sapphire Crossing LLC v. Algoworks Solutions, Inc | 3-19-cv-04368 | 7/30/2019 | William H. Orrick | patent |
| Tellagemini Communication LLC v. VirtualPBX.com, Inc. | 3-19-cv-04469 | 8/1/2019 | William H. Orrick | patent |
| Inventergy LBS, LLC v. Laipac USA | 4-19-cv-05842 | 9/19/2019 | Jon S. Tigar | patent |
| Optima Direct, LLC v. Okta, Inc. | 3-19-cv-06376 | 10/7/2019 | Edward M. Chen | patent |
| Cedar Lane Technologies Inc. v. AKM Semiconductor, Inc. | 3-19-cv-06642 | 10/16/2019 | Sallie Kim | patent |
| InnoBrilliance, LLC v. Hubb Systems, LLC | 3-19-cv-07244 | 11/2/2019 | Sallie Kim | patent |
| Persen Technologies Incorporated, v. Aisin Holdings of America, Inc. | 3-19-cv-07640 | 11/20/2019 | William H. Alsup | patent |
| Aristors Licensing LLC v. xMatters, Inc. | 5-19-cv-07756 | 11/25/2019 | Nathanael M. Cousins | patent |
| Cedar Lane Technologies Inc. v. Digital Palette LLC | 3-19-cv-08298 | 12/19/2019 | Sallie Kim | patent |
| Cedar Lane Technologies Inc. v. Zoom Video Communications, Inc. | 3-20-cv-00552 | 1/24/2020 | William H. Orrick | patent |
| Cedar Lane Technologies Inc. v. Blackmagic Design Inc. | 3-20-cv-01302 | 2/20/2020 | Vince Chhabria | patent |
| Optima Direct, LLC v. Dropbox, Inc. | 4-20-cv-01407 | 2/25/2020 | Yvonne Gonzalez Rogers | patent |
| Mentone Solutions LLC v. DT Research, Inc. | 3-20-cv-01451 | 2/26/2020 | Susan Illston | patent |
| Zyrcuits IP LLC v. Cree Inc. | 5-20-cv-01452 | 2/26/2020 | Virginia K. DeMarchi | patent |
| Cedar Lane Technologies Inc. v. Eyeris Entertainment | 4-20-cv-02369 | 4/8/2020 | Jon S. Tigar | patent |
| Cedar Lane Technologies Inc. v. Vivotek USA, Inc. | 5-20-cv-03416 | 5/20/2020 | Edward J. Davila | patent |

| Case | Number | Date | Judge | Type |
|---|---|---|---|---|
| Celebration IP LLC v. Alpha Omega Semiconductor, Inc. | 3-20-cv-03586 | 5/29/2020 | Richard Seeborg | patent |
| Celebration IP LLC v. Renesas Electronics America Inc. | 3-20-cv-03587 | 5/29/2020 | Richard Seeborg | patent |
| Celebration IP LLC v. Tenergy Corporation | 3-20-cv-03588 | 5/29/2020 | James Donato | patent |
| Hydro Net LLC v. Skyroam, Inc. | 3-20-cv-04334 | 6/29/2020 | William H. Orrick | patent |
| Hydro Net LLC v. CellPhone-Mate, Inc. d/b/a SureCall | 3-20-cv-04362 | 6/30/2020 | Vince Chhabria | patent |
| Sockeye Licensing TX LLC v. Netgear Inc | 5-20-cv-05520 | 8/9/2020 | Lucy H. Koh | patent |
| Hydro Net LLC v. Topcon Position Systems, Inc. | 5-20-cv-06116 | 8/31/2020 | Lucy H. Koh | patent |
| Zyrcuits IP LLC v. California Eastern Laboratories, Inc. | 3-20-cv-06115 | 8/31/2020 | Edward M. Chen | patent |
| Aperture Net LLC v. Topcon Position Systems, Inc. | 4-20-cv-06117 | 8/31/2020 | Jeffrey S. White | patent |
| Zavala Licensing LLC v. Calnex Americas Corporation | 3-20-cv-06759 | 9/29/2020 | Richard Seeborg | patent |
| Cedar Lane Technologies Inc. v. AU Optronics Corporation America | 4-20-cv-06769 | 9/29/2020 | Donna M. Ryu | patent |
| Celebration IP LLC v. NJR Corporation | 3-20-cv-07643 | 10/30/2020 | Laurel Beeler | patent |
| Encoditech LLC v. Posiflex Business Machines, Inc. | 3-20-cv-07654 | 10/30/2020 | Sallie Kim | patent |
| Paradise IP LLC v. Canto Software, Inc. | 3-20-cv-07656 | 10/30/2020 | Laurel Beeler | patent |
| Gladiator IP LLC v. Avision Labs, Inc. | 4-20-cv-07658 | 10/30/2020 | Kandis A. Westmore | patent |

| (1) Case Name | (6) Result of Case | (7) Date of Disposition | (8) Participation |
|---|---|---|---|
| Ortiz & Associates Consulting, LLC v. HP Inc. | Stip DWP | 12/14/2018 | Lead Counsel |
| Secure Cam, LLC v. Genexus, LLC | Stip DWP | 1/16/2019 | Lead Counsel |
| Sockeye Licensing TX LLC v. Fujitsu America, Inc. | Notice DWOP | 4/26/2019 | Lead Counsel |
| Mentone Solutions LLC v. ASUS Computer International, Inc. | Stip DWP | 6/18/2019 | Lead Counsel |
| Pinek IP LLC v. Sercomm USA Inc. | Notice DWP | 7/8/2019 | Lead Counsel |
| Pebble Tide LLC v. Logitech Inc. | Notice of Settlement | 2/26/2020 | Lead Counsel |
| Secure Cam, LLC v. DJI Technology, Inc. | Stip DWP | 10/15/2019 | Lead Counsel |
| Rondevoo Technologies, LLC v. Logitech Inc. | Notice DWOP | 7/1/2019 | Lead Counsel |
| Jezign Licensing, LLC v. Electric Styles LLC | Notice DWP | 12/2/2019 | Lead Counsel |
| Pebble Tide LLC v. August Home, Inc. | Notice of Settlement | 2/10/2020 | Lead Counsel |
| OHVA, Inc. v. Eventbrite, Inc. | Notice of Settlement | 1/14/2020 | Lead Counsel |
| Secure Cam, LLC v. Dahua Technology USA Inc. | Notice DWP | 10/24/2019 | Lead Counsel |
| Secure Cam, LLC v. Surveon Corporation | Notice DWOP | 8/23/2019 | Lead Counsel |
| Cedar Lane Technologies Inc. v. PicsArt, Inc. | Notice DWP | 11/6/2019 | Lead Counsel |
| Optima Direct, LLC v. Anker Technology Corporation | Notice DWOP | 10/14/2019 | Lead Counsel |
| Optima Direct, LLC v. ASUS Computer International, Inc. | Stip DWP | 11/5/2019 | Lead Counsel |
| Optima Direct, LLC v. No NDA Inc. | Notice DWP | 10/3/2019 | Lead Counsel |
| Tellagemini Communication LLC v. Fusion Cloud Company LLC | Notice DWOP | 10/1/2019 | Lead Counsel |
| Sapphire Crossing LLC v. Algoworks Solutions, Inc | Stip DWP | 12/2/2019 | Lead Counsel |
| Tellagemini Communication LLC v. VirtualPBX.com, Inc. | Notice DWOP | 1/30/2020 | Lead Counsel |
| Inventergy LBS, LLC v. Laipac USA | Notice DWOP | 10/23/2019 | Lead Counsel |
| Optima Direct, LLC v. Okta, Inc. | Notice DWOP | 12/23/2019 | Lead Counsel |
| Cedar Lane Technologies Inc. v. AKM Semiconductor, Inc. | Notice DWOP | 11/8/2019 | Lead Counsel |
| InnoBrilliance, LLC v. Hubb Systems, LLC | Notice DWOP | 4/9/2020 | Lead Counsel |
| Persen Technologies Incorporated, v. Aisin Holdings of America, Inc. | Notice DWOP | 1/13/2020 | Lead Counsel |
| Aristors Licensing LLC v. xMatters, Inc. | Notice DWOP | 1/3/2020 | Lead Counsel |
| Cedar Lane Technologies Inc. v. Digital Palette LLC | Notice DWOP | 1/13/2020 | Lead Counsel |
| Cedar Lane Technologies Inc. v. Zoom Video Communications, Inc. | Notice DWP | 3/6/2020 | Lead Counsel |
| Cedar Lane Technologies Inc. v. Blackmagic Design Inc. | Active | Active | Lead Counsel |
| Optima Direct, LLC v. Dropbox, Inc. | Active | Active | Lead Counsel |
| Mentone Solutions LLC v. DT Research, Inc. | Stip DWP | 7/2/2020 | Lead Counsel |
| Zyrcuits IP LLC v. Cree Inc. | Notice DWOP | 4/16/2020 | Lead Counsel |
| Cedar Lane Technologies Inc. v. Eyeris Entertainment | Notice DWOP | 7/10/2020 | Lead Counsel |
| Cedar Lane Technologies Inc. v. Vivotek USA, Inc. | Notice DWP | 8/3/2020 | Lead Counsel |

| | | | |
|---|---|---|---|
| Celebration IP LLC v. Alpha Omega Semiconductor, Inc. | Active | Active | Lead Counsel |
| Celebration IP LLC v. Renesas Electronics America Inc. | Notice DWOP | 8/3/2020 | Lead Counsel |
| Celebration IP LLC v. Tenergy Corporation | Notice DWOP | 8/17/2020 | Lead Counsel |
| Hydro Net LLC v. Skyroam, Inc. | Active | Active | Lead Counsel |
| Hydro Net LLC v. CellPhone-Mate, Inc. d/b/a SureCall | Notice DWOP | 10/6/2020 | Lead Counsel |
| Sockeye Licensing TX LLC v. Netgear Inc | Active | Active | Lead Counsel |
| Hydro Net LLC v. Topcon Position Systems, Inc. | Active | Active | Lead Counsel |
| Zyrcuits IP LLC v. California Eastern Laboratories, Inc. | Active | Active | Lead Counsel |
| Aperture Net LLC v. Topcon Position Systems, Inc. | Active | Active | Lead Counsel |
| Zavala Licensing LLC v. Calnex Americas Corporation | Active | Active | Lead Counsel |
| Cedar Lane Technologies Inc. v. AU Optronics Corporation America | Notice DWOP | 10/15/2020 | Lead Counsel |
| Celebration IP LLC v. NJR Corporation | Active | Active | Lead Counsel |
| Encoditech LLC v. Posiflex Business Machines, Inc. | Active | Active | Lead Counsel |
| Paradise IP LLC v. Canto Software, Inc. | Active | Active | Lead Counsel |
| Gladiator IP LLC v. Avision Labs, Inc. | Active | Active | Lead Counsel |

| (1) Case Name | (9) PHV admission requested | (10) PHV fee payment |
|---|---|---|
| Ortiz & Associates Consulting, LLC v. HP Inc. | No | No |
| Secure Cam, LLC v. Genexus, LLC | Yes | Yes |
| Sockeye Licensing TX LLC v. Fujitsu America, Inc. | Yes | Yes |
| Mentone Solutions LLC v. ASUS Computer International, Inc. | Yes | Yes |
| Pinek IP LLC v. Sercomm USA Inc. | no - law firm associate appeared | No - law firm associate paid fee |
| Pebble Tide LLC v. Logitech Inc. | No - dismissal before CMC | N/A |
| Secure Cam, LLC v. DJI Technology, Inc. | No - dismissal before CMC | N/A |
| Rondevoo Technologies, LLC v. Logitech Inc. | No - dismissal before CMC | N/A |
| Jezign Licensing, LLC v. Electric Styles LLC | No - dismissal before CMC | N/A |
| Pebble Tide LLC v. August Home, Inc. | Yes | Yes |
| OHVA, Inc. v. Eventbrite, Inc. | No - dismissal before CMC | N/A |
| Secure Cam, LLC v. Dahua Technology USA Inc. | No - dismissal before CMC | N/A |
| Secure Cam, LLC v. Surveon Corporation | No - dismissal before CMC | N/A |
| Cedar Lane Technologies Inc. v. PicsArt, Inc. | No - dismissal before CMC | N/A |
| Optima Direct, LLC v. Anker Technology Corporation | No - dismissal before CMC | N/A |
| Optima Direct, LLC v. ASUS Computer International, Inc. | No - dismissal before CMC | N/A |
| Optima Direct, LLC v. No NDA Inc. | No - dismissal before CMC | N/A |
| Tellagemini Communication LLC v. Fusion Cloud Company LLC | No - dismissal before CMC | N/A |
| Sapphire Crossing LLC v. Algoworks Solutions, Inc | Yes | Yes |
| Tellagemini Communication LLC v. VirtualPBX.com, Inc. | No - dismissal before CMC | N/A |
| Inventergy LBS, LLC v. Laipac USA | No - dismissal before CMC | N/A |
| Optima Direct, LLC v. Okta, Inc. | No - dismissal before CMC | N/A |
| Cedar Lane Technologies Inc. v. AKM Semiconductor, Inc. | No - dismissal before CMC | N/A |
| InnoBrilliance, LLC v. Hubb Systems, LLC | No - dismissal before CMC | N/A |
| Persen Technologies Incorporated, v. Aisin Holdings of America, Inc. | No - dismissal before CMC | N/A |
| Aristors Licensing LLC v. xMatters, Inc. | No - dismissal before CMC | N/A |
| Cedar Lane Technologies Inc. v. Digital Palette LLC | No - dismissal before CMC | N/A |
| Cedar Lane Technologies Inc. v. Zoom Video Communications, Inc. | No - dismissal before CMC | N/A |
| Cedar Lane Technologies Inc. v. Blackmagic Design Inc. | Yes | Yes |
| Optima Direct, LLC v. Dropbox, Inc. | Yes | Yes |
| Mentone Solutions LLC v. DT Research, Inc. | No - dismissal before CMC | N/A |
| Zyrcuits IP LLC v. Cree Inc. | No - dismissal before CMC | N/A |
| Cedar Lane Technologies Inc. v. Eyeris Entertainment | No - dismissal before CMC | N/A |
| Cedar Lane Technologies Inc. v. Vivotek USA, Inc. | Yes | Yes |

| | | |
|---|---|---|
| Celebration IP LLC v. Alpha Omega Semiconductor, Inc. | Yes | Yes |
| Celebration IP LLC v. Renesas Electronics America Inc. | No - dismissal before CMC | N/A |
| Celebration IP LLC v. Tenergy Corporation | No - dismissal before CMC | N/A |
| Hydro Net LLC v. Skyroam, Inc. | Yes | Yes |
| Hydro Net LLC v. CellPhone-Mate, Inc. d/b/a SureCall | No - dismissal before CMC | N/A |
| Sockeye Licensing TX LLC v. Netgear Inc | Yes | Yes |
| Hydro Net LLC v. Topcon Position Systems, Inc. | Yes | Yes |
| Zyrcuits IP LLC v. California Eastern Laboratories, Inc. | Yes | Yes |
| Aperture Net LLC v. Topcon Position Systems, Inc. | Yes | Yes |
| Zavala Licensing LLC v. Calnex Americas Corporation | Yes | Yes |
| Cedar Lane Technologies Inc. v. AU Optronics Corporation America | No - dismissal before CMC | N/A |
| Celebration IP LLC v. NJR Corporation | Yes | Yes |
| Encoditech LLC v. Posiflex Business Machines, Inc. | Yes | Yes |
| Paradise IP LLC v. Canto Software, Inc. | Yes | Yes |
| Gladiator IP LLC v. Avision Labs, Inc. | Yes | Yes |

| (1) Case Name | (11) Local Counsel |
|---|---|
| Ortiz & Associates Consulting, LLC v. HP Inc. | Matter transferred from ILND and dismissed prior to CMC |
| Secure Cam, LLC v. Genexus, LLC | Nicholas Ranallo |
| Sockeye Licensing TX LLC v. Fujitsu America, Inc. | Nicholas Ranallo |
| Mentone Solutions LLC v. ASUS Computer International, Inc. | Steven Anton Nielsen |
| Pinek IP LLC v. Sercomm USA Inc. | Steven Anton Nielsen |
| Pebble Tide LLC v. Logitech Inc. | Steven Anton Nielsen |
| Secure Cam, LLC v. DJI Technology, Inc. | Steven Anton Nielsen |
| Rondevoo Technologies, LLC v. Logitech Inc. | Steven Anton Nielsen |
| Jezign Licensing, LLC v. Electric Styles LLC | Steven Anton Nielsen |
| Pebble Tide LLC v. August Home, Inc. | Steven Anton Nielsen |
| OHVA, Inc. v. Eventbrite, Inc. | Steven Anton Nielsen |
| Secure Cam, LLC v. Dahua Technology USA Inc. | Steven Anton Nielsen |
| Secure Cam, LLC v. Surveon Corporation | Steven Anton Nielsen |
| Cedar Lane Technologies Inc. v. PicsArt, Inc. | Steven Anton Nielsen |
| Optima Direct, LLC v. Anker Technology Corporation | Steven Anton Nielsen |
| Optima Direct, LLC v. ASUS Computer International, Inc. | Steven Anton Nielsen |
| Optima Direct, LLC v. No NDA Inc. | Steven Anton Nielsen |
| Tellagemini Communication LLC v. Fusion Cloud Company LLC | Steven Anton Nielsen |
| Sapphire Crossing LLC v. Algoworks Solutions, Inc | Steven Anton Nielsen |
| Tellagemini Communication LLC v. VirtualPBX.com, Inc. | Steven Anton Nielsen |
| Inventergy LBS, LLC v. Laipac USA | Steven Anton Nielsen |
| Optima Direct, LLC v. Okta, Inc. | Steven Anton Nielsen |
| Cedar Lane Technologies Inc. v. AKM Semiconductor, Inc. | Steven Anton Nielsen |
| InnoBrilliance, LLC v. Hubb Systems, LLC | Steven Anton Nielsen |
| Persen Technologies Incorporated, v. Aisin Holdings of America, Inc. | Steven Anton Nielsen |
| Aristors Licensing LLC v. xMatters, Inc. | Steven Anton Nielsen |
| Cedar Lane Technologies Inc. v. Digital Palette LLC | Steven Anton Nielsen |
| Cedar Lane Technologies Inc. v. Zoom Video Communications, Inc. | Kirk J. Anderson |
| Cedar Lane Technologies Inc. v. Blackmagic Design Inc. | Kirk J. Anderson |
| Optima Direct, LLC v. Dropbox, Inc. | Kirk J. Anderson |
| Mentone Solutions LLC v. DT Research, Inc. | Kirk J. Anderson |
| Zyrcuits IP LLC v. Cree Inc. | Kirk J. Anderson |
| Cedar Lane Technologies Inc. v. Eyeris Entertainment | Kirk J. Anderson |
| Cedar Lane Technologies Inc. v. Vivotek USA, Inc. | Lindsey Wagner |

| | |
|---|---|
| Celebration IP LLC v. Alpha Omega Semiconductor, Inc. | Steven W. Ritcheson |
| Celebration IP LLC v. Renesas Electronics America Inc. | Steven W. Ritcheson |
| Celebration IP LLC v. Tenergy Corporation | Steven W. Ritcheson |
| Hydro Net LLC v. Skyroam, Inc. | Steven W. Ritcheson |
| Hydro Net LLC v. CellPhone-Mate, Inc. d/b/a SureCall | Steven W. Ritcheson |
| Sockeye Licensing TX LLC v. Netgear Inc | Michael J. Glenn |
| Hydro Net LLC v. Topcon Position Systems, Inc. | Steven W. Ritcheson |
| Zyrcuits IP LLC v. California Eastern Laboratories, Inc. | Steven W. Ritcheson |
| Aperture Net LLC v. Topcon Position Systems, Inc. | Steven W. Ritcheson |
| Zavala Licensing LLC v. Calnex Americas Corporation | Steven W. Ritcheson |
| Cedar Lane Technologies Inc. v. AU Optronics Corporation America | Michael J. Glenn |
| Celebration IP LLC v. NJR Corporation | Steven W. Ritcheson |
| Encoditech LLC v. Posiflex Business Machines, Inc. | Steven W. Ritcheson |
| Paradise IP LLC v. Canto Software, Inc. | Steven W. Ritcheson |
| Gladiator IP LLC v. Avision Labs, Inc. | Steven W. Ritcheson |