# Exhibit B

Kirk. J. Anderson (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

Isaac Rabicoff
(*Pro hac vice* admission pending)
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com

***ATTORNEYS FOR PLAINTIFF***
***CEDAR LANE TECHNOLOGIES INC.***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **Cedar Lane Technologies Inc.**, <br> Plaintiff, <br><br> v. <br><br> **Blackmagic Design Inc.**, <br> Defendant. | Case No. 3:20-cv-01302-VC <br> Patent Case <br><br> **SUPPLEMENT TO RABICOFF OSC DECLARATION** |

### **DECLARATION OF ISAAC RABICOFF**

I, Isaac Rabicoff, declare as follows:

1. I am lead counsel for Plaintiff in this action. I am a member of the Bar of the States of Illinois and Virginia. I have personal knowledge of the

1  matters stated in this declaration and would testify truthfully to them if called

2  upon to do so.

3

4      2.    This Court held an OSC hearing on November 12, 2020, in which all

5  counsel, including myself, attended.

6      3.    I am seeking to supplement my original declaration (ECF No. 51-2,

7  hereinafter "Original Declaration") made in response to the October 1 OSC order.

8

9      4.    Connecting to this Court's zoom hearing on November 12 helpful

10 context regarding my attempted attendance of the October 1 Motion Hearing,

11 also held via zoom.

12

13 **Attempted Attendance of the October 1 Motion to Dismiss Hearing**

14     5.    On September 29, the Court provided notice that the in-person

15 hearing originally set on August 14 (ECF No. 39), would now be set as a zoom

16

17 hearing requiring advanced registration.[1]

18     6.    Just like in the November 12 zoom hearing, where I successfully

19 entered the virtual hearing, on October 1 I opened this Court's web page

20 (https://www.cand.uscourts.gov/judges/chhabria-vince-vc/) and clicked on the

21

22 zoom URL link (annotated with a surrounding red box), as shown in the

23

---

[1] The Original Declaration stated that this Court "set[]" the October 1 hearing on September 29. Original Declaration, ¶ 2. This statement mirrors the language on the docket: "CLERK'S NOTICE PROVIDING ZOOM ACCESS AND REQUIRING ADVANCE REGISTRATION FOR 10/1/2020 MOTION HEARING. Motion Hearing *set* for 10/1/2020, 10:00 AM, before Judge Vince Chhabria." ECF No. 49 (emphasis added). The purpose of this statement was to illustrate that I became aware of the registration requirement for the zoom hearing on September 29. I understood the use of the word "set" in the docket to mean that the in-person hearing was being transformed into a zoom hearing.

3

snapshot below:

### District Judge Vince Chhabria

San Francisco Courthouse, Courtroom 4 – 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

**Please click the link below to join webinars (public hearings). If you are a case participant, you will join as an attendee, then you will be brought into the proceeding by court staff.**

https://cand-uscourts.zoomgov.com/j/1612857657?pwd=WE5Gcm1zS293WU84V0tyd0c2Ulp1UT09

Webinar ID: 161 285 7657
Password: 547298

    7.    As stated in the Original Declaration (¶ 2(e)), I clicked on the above link 15 minutes before the hearing time on October 1. Like the November 12 hearing, I was greeted with a window and the following dialogue[2]:

> **Please wait for the host to start this meeting.**
>
> This is a recurring meeting
> All Hands

    8.    However, unlike the November 12 hearing, my zoom connection

---

[2] This "waiting" dialogue looks substantially similar to the Court's waiting dialogue but was captured from the Zoom website and is for illustration purposes only.

never changed from this dialogue even after the hearing time started, and even after 15 minutes into the hearing.

9. This is not the intended function of the webinar, which is identified as a "public hearing" both in the docket notices and on the Court website. My attendance at the November 12 hearing confirmed this:

- members of the public use the same zoom URL as hearing participants;
- when a case is called, the participants click the "raise your hand" button to identify themselves to the Court; and
- in the case of, for example, a Motion for Default hearing, the Court opens the possibility for the non-movant to raise their hand (i.e. a case participant who has not followed the zoom registration procedure).

10. The technological challenges of conducting virtual hearings at scale amid a pandemic has no precedent. But I can confirm, based on this analysis, that being prevented from entering the hearing and "raising my hand" was not the result of misapprehending the zoom registration procedure—admittedly my error—but instead a technological failing with a cause not readily apparent.

11. But the following analogy is apt: arriving at the courthouse 15 minutes early, well prepared to argue a motion, but reaching a court room with locked doors and no one in sight to release the deadbolt.

12. I genuinely regret the inconvenience caused to the Court, and respectfully request that it account for this additional context when rendering its ruling.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 13, 2020     /s/ Isaac Rabicoff
                             Isaac Rabicoff
                             (*Pro hac vice* admission pending)
                             Rabicoff Law LLC
                             Counsel for Plaintiff

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on November 13, 2020, via the Court's CM/ECF system.

/s/ Kirk J. Anderson
KIRK. J. ANDERSON (SBN 289043)