UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR LANE TECHNOLOGIES INC., | Case No.  20-cv-01302-VC |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT** |
| BLACKMAGIC DESIGN INC., | Re: Dkt. No. 65 |
| Defendant. | |

The motion to alter or amend the judgment is denied.

**IT IS SO ORDERED.**

Dated: January 26, 2021

VINCE CHHABRIA
United States District Judge